IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLLEEN VANOCKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FOUNDATION FOR NATIONAL PROGRESS,<br><br>    Defendant. | Case No. 1:21-cv-00669- HYJ-RSK<br><br>HON. HALA Y. JARBOU<br><br>CLASS ACTION |

**STATUS UPDATE, STIPULATION AND ORDER TO CONTINUE STAY FOR 14 DAYS**

    Plaintiff Colleen Vanocker ("Plaintiff") and Defendant Foundation for National Progress d/b/a Mother Jones ("Defendant" or "Mother Jones") hereby stipulate to, and request that the Court order, a further 14 day stay of this action to allow the parties to finalize a dismissal.

    WHEREAS, on March 11, 2022, the Court stayed this action until May 9, 2022 to permit the parties to conduct private mediation.  (ECF No. 26.)

    WHEREAS, on May 10,2022 the Court granted a further 14 day stay to allow the parties to finalize a settlement agreement.  (ECF No. 29.)

    WHEREAS, Mother Jones' reply in support of its motion to dismiss is currently due May 24, 2022.

    WHEREAS, the Parties have executed a settlement and seek a further 14 stay of this action so that the Parties may finalize a dismissal.

    NOW THEREFORE, the parties stipulate to and request that the Court stay this action, including the pending deadline for Mother Jones to file a reply, for 14 days.

**IT IS ORDERED** that this action, including the pending deadline for Mother Jones to file a reply, is stayed for 14 days.  **NO FURTHER EXTENSIONS.**

IT IS SO ORDERED.

Date:  _____May 23_____, 2022        /s/ HALA Y. JARBOU
                                                                             Hon. Hala Y. Jarbou
                                                                             United States District Judge

Stipulations:

Dated: May 23, 2022

/s/ Philip L. Fraietta (w/ permission)
Philip L. Fraietta (P85228)
pfraietta@bursor.com
Joseph I. Marchese
jmarchese@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

*Counsel for Plaintiff and the Putative Class*

/s/ Tenaya Rodewald
Tenaya Rodewald
trodewald@sheppardmullin.com
Kevin M. Cloutier (P81503)
kcloutier@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Phone 312.499.6300
Fax 312.499.6301

*Attorneys for Defendant*