# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLLEEN VANOCKER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>FOUNDATION FOR NATIONAL PROGRESS,<br><br>                    Defendant. | Case No.: 21-cv-00669-HYJ-RSK<br>Hon. Hala Y. Jarbou |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Colleen VanOcker hereby dismisses with prejudice all claims against Defendant Foundation for National Progress.

| | |
|---|---|
| Dated: New York, New York<br>         June 2, 2022 | **BURSOR & FISHER, P.A.**<br><br>By:    /s/ *Philip L. Fraietta*<br>         Philip L. Fraietta<br><br>Philip L. Fraietta (P85228)<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: pfraietta@bursor.com<br><br>**HEDIN HALL LLP**<br>Frank S. Hedin<br>1395 Brickell Avenue, Suite 1140<br>Miami, FL 33131<br>Telephone: (305) 357-2107<br>Facsimile: (305) 200-8801<br>Email: fhedin@hedinhall.com<br><br>**THE MILLER LAW FIRM, P.C.**<br>E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>Dennis A. Lienhardt (P81118)<br>William Kalas (P82113)<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307 |

Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

*Attorneys for Plaintiff*